1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA 90071-1560
   Telephone:   (213) 362-7777
6  Facsimile:   (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., DEPUY INC.;
8  DEPUY INTERNATIONAL LIMITED,
   JOHNSON & JOHNSON; JOHNSON &
9  JOHNSON SERVICES, INC.; JOHNSON &
   JOHNSON INTERNATIONAL
10

11                **UNITED STATES DISTRICT COURT**

12        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14  GERALD STEELE, | CASE NO. CV12-00580-MMC |
| 15         Plaintiff, | [~~PROPOSED~~] **ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |
| 16    vs. | |
| 17  DEPUY ORTHOPAEDICS, INC., DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; GOLDEN STATE ORTHOPAEDICS, INC., BTG MEDICAL, INC., THOMAS P. SCHMALZRIED, M.D., A Professional Corporation, and DOES 1 through 20, inclusive, | |
| 22         Defendants. | |

24     Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff GERALD

25  STEELE and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., DEPUY

26  INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES,

27  INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties");

28  upon consideration of all documents, files, and pleadings in this action; and upon good cause

shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: February 17, 2012

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney

Respectfully submitted by,

DATED: February 14, 2012              YUKEVICH CALFO & CAVANAUGH


By: */s/ Alexander G. Calfo*
    Alexander G. Calfo
    Kelley S. Olah
    Gabrielle Anderson-Thompson
    Attorneys for Defendants DEPUY
    ORTHOPAEDICS, INC., DEPUY INC.; DEPUY
    INTERNATIONAL LIMITED, JOHNSON &
    JOHNSON; JOHNSON & JOHNSON
    SERVICES, INC.; JOHNSON & JOHNSON
    INTERNATIONAL